UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROY CLINKSCALES, III,

    Plaintiff,

                              Case No. 2:17-cv-13859-RHC-APP

v

                              Hon. Robert H. Cleland
                              Mag. Anthony P. Patti

CAPITAL ONE BANK (USA), N.A.,

    Defendant.
_____

**NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE AND WITHOUT COSTS TO EITHER PARTY**

    The Plaintiff hereby dismisses the within action against Defendant Capital One Bank(USA), N.A., with prejudice and without costs to either party.

                                                  Respectfully submitted

January 15, 2018                          /s/ Gary Nitzkin_____
                                                  GARY D. NITZKIN (P41155)
                                                  Attorney for Plaintiff
                                                  22142 West Nine Mile Road
                                                  Southfield, MI 48033
                                                  (248) 353-2882
                                                  gary@crlam.com